UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **'08 MJ 0959** |
| Plaintiff, | ) ) ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) ) | Title 18, U.S.C., Section, 371 & 1361; |
| Arturo ESTRADA-Alaniz, | ) ) ) | Conspiracy to Destroy Government Property (Felony) |
| Defendant | ) ) ) | Title 8, U. S. C., Sec. 1325; Illegal Entry (Misdemeanor) |

The undersigned complaint, being duly sworn, states:

### COUNT 1

Beginning on an unknown date and continuing on or about **March 24, 2008**, within the Southern District of California, defendant, **Arturo ESTRADA-Alaniz** and others did knowingly willfully conspire to injure and commit a depredation against property of the United States, thereby causing damage to such property in excess of $1000.00; in violation of Title 18, United States Code, Section 371 and 1361, a felony.

### COUNT 2

That on or about **March 24, 2008**, within the southern District of California, defendant, **Arturo ESTRADA-Alaniz,** an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers and elude examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325.

_____
SIGNATURE OF COMPLAINANT
James Trombley

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **28**th **DAY OF MARCH 2008**

_____
UNITED STATES MAGISTRATE JUDGE
William McCurine, Jr.

CONTINUATION RE:
Arturo ESTRADA-Alaniz

## STATEMENT OF FACTS

On March 24, 2008, at approximately 7:20 P.M., Supervisory Border Patrol Agent J. Carrell, Border Patrol Agents L. Massinburge, and M. Escobedo were performing patrol duties and were advised via service radio of an individual that had been seen, via the Remote Video Surveillance System (R.V.S.S.), climbing a Homeland Security camera pole in an area known as "Washer Woman's." This area is approximately two miles east of the San Ysidro, California Port of Entry and approximately 40 yards north of the U.S. / Mexico International Boundary.

The Agents responded to the area and discovered an individual climbing the camera pole. The individual later identified as the defendant **Arturo ESTRADA-Alaniz**, was attempting to put duct tape over the lens of the camera. R.V.S.S. Operators had observed the defendant and another individual climb over the Primary Border Fence and use a ladder to access the camera pole.

While the Agents were approaching the area, the individual that was holding the ladder returned to Mexico with the ladder stranding the defendant on the camera pole. Once safely off the camera pole the defendant was taken into custody. Agent Carrell identified himself as a United States Border Patrol Agent and conducted an immigration inspection on the defendant. The defendant admitted to being a citizen and national of Mexico illegally present in the United States without any immigration documents that would allow him to enter or remain legally in the United States. The defendant was arrested and transported to Imperial Beach Border Patrol Station for processing.

_____
SIGNATURE OF COMPLAINANT
James Trombley

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **28th** DAY OF **MARCH 2008**

_____
UNITED STATES MAGISTRATE JUDGE
William McCurine, Jr.