**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Estrada-Alaniz

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ0959 |
| Plaintiff, | |
| v. | |
| ARTURO ESTRADA-ALANIZ, | **NOTICE OF APPEARANCE** |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Bridget L. Kennedy, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: April 2, 2008          *s/ Bridget Kennedy*
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Mr. Estrada-Alaniz
                              *bridget_kennedy@fd.org*

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: April 2, 2008                              */s/ Bridget L. Kennedy*
                                                  **BRIDGET L. KENNEDY**
                                                  Federal Defenders of San Diego, Inc.
                                                  225 Broadway, Suite 900
                                                  San Diego, CA 92101-5030
                                                  (619) 234-8467 (tel)
                                                  (619) 687-2666 (fax)
                                                  bridget_kennedy@fd.org