FILED
APR 24 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1304 DMS |
|---|---|
| Plaintiff, | ) |
| | ) **I N F O R M A T I O N** |
| v. | ) |
| | ) Title 8, U.S.C., Sec. 1325 - |
| ARTURO ESTRADA-ALANIZ, | ) Illegal Entry (Misdemeanor) |
| | ) |
| Defendant. | ) |

On or about March 24, 2008, within the Southern District of California, defendant ARTURO ESTRADA-ALANIZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

DATED: April 24, 2008.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney